Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendants: Western Placer Unified School District, Scott Leaman, Kathy Allen and Robert Noyes

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL THORNBROUGH, | Case No. 2:09-cv-02613-GEB-GGH |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| vs. | |
| WESTERN PLACER UNIFIED SCHOOL DISTRICT, SCOTT LEAMAN, DAVID GIRARD, KATHY ALLEN, ROBERT NOYES and DOES 1-25, | COMPLAINT FILED: 09/17/2009<br>TRIAL DATE: NONE |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff, MICHAEL THORNBROUGH, and the Defendants, WESTERN PLACER UNIFIED SCHOOL DISTRICT, SCOTT LEAMAN, KATHY ALLEN and ROBERT NOYES, by and through their respective attorneys of record that Defendants shall have up to and including November 2, 2009, to answer or otherwise respond to Plaintiff's Complaint.

///

///

---

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

1      SO STIPULATED.

2  Dated:   October 6, 2009          **LAW OFFICES OF JOHN P. HENDERSON**

3

4

5                                     By: _/s/John P. Henderson_____
                                          JOHN P. HENDERSON, ESQ.
6                                         Attorneys for Plaintiff,
                                          MICHAEL THORNBROUGH
7

8  Dated:   October 6, 2009          **TONON & ASSOCIATES**

9

10                                    By: _/s/Gayle K. Tonon_____
                                          GAYLE K. TONON, ESQ.
11                                        Attorneys for Defendants,
                                          WESTERN PLACER UNIFIED SCHOOL
12                                        DISTRICT, SCOTT LEAMAN, KATHY
                                          ALLEN and ROBERT NOYES
13

14 **IT IS SO ORDERED.**

15
   Dated:   10/13/09
16                                        _____
                                          GARLAND E. BURRELL, JR.
17                                        United States District Judge

18

19

20

21

22

23

24 (SSI8004)P10019.StipTime

25

26

27

28

---

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT